# United States District Court

DISTRICT OF

RHODE ISLAND

WASHINGTON INTERNATIONAL
INSURANCE COMPANY

## SUMMONS IN A CIVIL ACTION

V.

CASE NUMBER: 05-088T

DICON CORPORATION, INC.,
DAVID IASCONE and CINDY IASCONE

TO: (Name and Address of Defendant) Dicon Corporation, Inc.
698 Central Avenue
Johnston, RI 02919

C/O Registered Agent:
David Iascone

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address) James A. Bigos, Esq.
Bigos & Partington, Ltd.
1725 Mendon Road, Suite 209
Cumberland, RI 02864

an answer to the complaint which is herewith served upon you, within ______ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

CLERK

DATE 3/1/05

(3)

BY DEPUTY CLERK Francis P. McCabe

AO 440 (Rev. 5/85) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 3-14-05 |
|---|---|
| NAME OF SERVER Louis J. Capizzano | TITLE Disinterested Party |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______________________

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Husband David Tascone Accepted

☐ Returned unexecuted: ______________________

☐ Other (specify): ______________________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3-14-05
*Date*

[Signature]
*Signature of Server*

30 Birchtree Dr. Johnston RI
*Address of Server*

FILED

2005 MAR 18 A 10:31

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 5/85) Summons in a Civil Action

# United States District Court

DISTRICT OF RHODE ISLAND

WASHINGTON INTERNATIONAL INSURANCE COMPANY

## SUMMONS IN A CIVIL ACTION

V.

CASE NUMBER: 05-088T

DICON CORPORATION, INC., DAVID IASCONE and CINDY IASCONE

TO: (Name and Address of Defendant)

David Iascone
220 Cherry Hill Road
Johnston, RI 02919

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

James A. Bigos, Esq.
Bigos & Partington, Ltd.
1725 Mendon Road, Suite 209
Cumberland, RI 02864

an answer to the complaint which is herewith served upon you, within ________ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

CLERK

DATE 3/1/05

Francis P. McCabe

BY DEPUTY CLERK

AO 440 (Rev. 5/85) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 3-14-05 |
| NAME OF SERVER Louis J. Capizzano | TITLE disinterested Party |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 220 Cherry Hill Rd Johnston RI

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3-14-05
*Date*

Louis J. Capizzano
*Signature of Server*

30 Birch Tree Dr. Johnston RI
*Address of Server*

DISTRICT OF RHODE ISLAND
U.S. DISTRICT COURT
2005 MAR 18 A 10:31
FILED

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 5/85) Summons in a Civil Action

# United States District Court

DISTRICT OF

RHODE ISLAND

WASHINGTON INTERNATIONAL
INSURANCE COMPANY

## SUMMONS IN A CIVIL ACTION

V.

CASE NUMBER: 05-088T

DICON CORPORATION, INC.,
DAVID IASCONE and CINDY IASCONE

TO: (Name and Address of Defendant)

Cindy Iascone
220 Cherry Hill Road
Johnston, RI 02919

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

James A. Bigos, Esq.
Bigos & Partington, Ltd.
1725 Mendon Road, Suite 209
Cumberland, RI 02864

an answer to the complaint which is herewith served upon you, within ______ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

CLERK

DATE 3/1/05

Francis McCaly

BY DEPUTY CLERK

AO 440 (Rev. 5/85) Summons in a Civil Actic

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 3-14-05 |
|---|---|
| NAME OF SERVER Louis J. Capizzano | TITLE Dis interested Party |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☒ Other (specify): Served Vicon Corp, David Iaccone A/F/S Accepted

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3-14-05
*Date*

[signature]
*Signature of Server*

30 Birch Tree Dr Johnston RI
*Address of Server*

FILED
2005 MAR 18 A 10:31
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.