UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WASHINGTON INTERNATIONAL INSURANCE COMPANY<br>Plaintiff, | : | CIVIL DOCKET NO.<br>[redacted] 05 088 T |
| VS. | : | |
| DICON CORPORATION, INC., DAVID IASCONE and CINDY IASCONE<br>Defendants. | : | FEBRUARY __, 2005 |

**ORDER TO SHOW CAUSE FOR ATTACHMENT**

The Plaintiff's Motion for Attachment having been presented to the Court, it is hereby Ordered, that a hearing be held on 4-8-05 at 11:00 a.m./~~p.m~~ and that the Plaintiff give notice to the Defendants of the pendency of the Motion and of the time when it will be heard by causing a true and attested copy of the Motion, all supporting papers and this Order, to be served upon the Defendants by some proper officer or indifferent person on or before 3-29-05, and that due return of service be made to this Court.

Date: 3/17/05

United States ~~District Court~~ Judge
MAGISTRATE

RECEIVED
FEB 24 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND



HARTFORD 109849v1

4

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WASHINGTON INTERNATIONAL INSURANCE COMPANY<br>Plaintiff,<br><br>VS.<br><br>DICON CORPORATION, INC., DAVID IASCONE and CINDY IASCONE<br>Defendants. | : | CIVIL DOCKET NO.<br>[redacted] 05 088 T<br><br><br><br><br>FEBRUARY __, 2005 |

**ORDER TO SHOW CAUSE FOR ATTACHMENT**

The Plaintiff's Motion for Attachment having been presented to the Court, it is hereby Ordered, that a hearing be held on 4-8-05 at 11:00 a.m./~~p.m~~ and that the Plaintiff give notice to the Defendants of the pendency of the Motion and of the time when it will be heard by causing a true and attested copy of the Motion, all supporting papers and this Order, to be served upon the Defendants by some proper officer or indifferent person on or before 3-29-05, and that due return of service be made to this Court.

Date: 3/17/05

United States ~~District Court~~ Judge
MAGISTRATE

RECEIVED
FEB 24 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

Attest to
True Copy
DAVID A. DIMARZIO
By Deputy Clerk



HARTFORD 109849v1

4

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WASHINGTON INTERNATIONAL INSURANCE COMPANY<br>Plaintiff,<br><br>VS.<br><br>DICON CORPORATION, INC., DAVID IASCONE and CINDY IASCONE<br>Defendants. | : | CIVIL DOCKET NO.<br>[redacted] 05 088 T<br><br><br><br>FEBRUARY __, 2005 |

## ORDER TO SHOW CAUSE FOR ATTACHMENT

The Plaintiff's Motion for Attachment having been presented to the Court, it is hereby Ordered, that a hearing be held on 4-8-05 at 11:00 a.m./~~p.m~~ and that the Plaintiff give notice to the Defendants of the pendency of the Motion and of the time when it will be heard by causing a true and attested copy of the Motion, all supporting papers and this Order, to be served upon the Defendants by some proper officer or indifferent person on or before 3-29-05, and that due return of service be made to this Court.

Date: 3/17/05

United States ~~District Court~~ Judge
MAGISTRATE

RECEIVED
FEB 24 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

Attest to
True Copy
DAVID A. DIMARZIO
By Deputy Clerk



HARTFORD 109849v1

4

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WASHINGTON INTERNATIONAL INSURANCE COMPANY<br>Plaintiff, | : | CIVIL DOCKET NO. |
| | : | [redacted] 05 088 T |
| VS. | : | |
| DICON CORPORATION, INC., DAVID IASCONE and CINDY IASCONE<br>Defendants. | : | FEBRUARY __, 2005 |

**ORDER TO SHOW CAUSE FOR ATTACHMENT**

The Plaintiff's Motion for Attachment having been presented to the Court, it is hereby Ordered, that a hearing be held on 4-8-05 at 11:00 a.m./~~p.m.~~ and that the Plaintiff give notice to the Defendants of the pendency of the Motion and of the time when it will be heard by causing a true and attested copy of the Motion, all supporting papers and this Order, to be served upon the Defendants by some proper officer or indifferent person on or before 3-29-05, and that due return of service be made to this Court.

Date: 3/17/05

United States ~~District Court~~ Judge
MAGISTRATE

RECEIVED
FEB 24 2005
DISTRICT COURT
ISLAND

Attest to True Copy
DAVID A. DIMARZIO
By Deputy Clerk



HARTFORD 109849v1

5/4