UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WASHINGTON INTERNATIONAL INSURANCE COMPANY<br>Plaintiff,<br><br>VS.<br><br>DICON CORPORATION, INC., DAVID IASCONE and CINDY IASCONE<br>Defendants. | : | CIVIL DOCKET NO.<br>[redacted] 05 088 T<br><br><br><br>FEBRUARY __, 2005 |

## ORDER TO SHOW CAUSE FOR ATTACHMENT

The Plaintiff's Motion for Attachment having been presented to the Court, it is hereby Ordered, that a hearing be held on 4-8-05 at 11:00 a.m./~~p.m~~ and that the Plaintiff give notice to the Defendants of the pendency of the Motion and of the time when it will be heard by causing a true and attested copy of the Motion, all supporting papers and this Order, to be served upon the Defendants by some proper officer or indifferent person on or before 3-29-05, and that due return of service be made to this Court.

Date: 3/17/05

United States ~~District Court~~ Judge
MAGISTRATE

RECEIVED
FEB 24 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

On 3-25-05 service was made for DiCon Corp. to David Iascone A/F/S.

3/25/05 [signature]

Disinterested Party

FILED
2005 APR -1 A 10:33
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WASHINGTON INTERNATIONAL INSURANCE COMPANY<br>Plaintiff,<br><br>VS.<br><br>DICON CORPORATION, INC., DAVID IASCONE and CINDY IASCONE<br>Defendants. | : | CIVIL DOCKET NO.<br>[redacted] 05 088 T<br><br><br><br><br>FEBRUARY __, 2005 |

## ORDER TO SHOW CAUSE FOR ATTACHMENT

The Plaintiff's Motion for Attachment having been presented to the Court, it is hereby Ordered, that a hearing be held on 4-8-05 at 11:00 a.m./~~p.m~~ and that the Plaintiff give notice to the Defendants of the pendency of the Motion and of the time when it will be heard by causing a true and attested copy of the Motion, all supporting papers and this Order, to be served upon the Defendants by some proper officer or indifferent person on or before 3-29-05, and that due return of service be made to this Court.

Date: 3/17/05

United States ~~District Court~~ Judge
MAGISTRATE

RECEIVED
FEB 24 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

Attest to True Copy
DAVID A. DIMARZIO
By Deputy Clerk



HARTFORD 109849v1

4

On 3-25-05 Service was made to

Cindy Iascone personally.

3/25/05 [signature]

Disinterested Party

FILED
2005 APR -1 A 10: 33
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

WASHINGTON INTERNATIONAL INSURANCE COMPANY
Plaintiff,

VS.

DICON CORPORATION, INC., DAVID IASCONE and CINDY IASCONE
Defendants.

CIVIL DOCKET NO.
[redacted] 05 088 T

FEBRUARY __, 2005

**ORDER TO SHOW CAUSE FOR ATTACHMENT**

The Plaintiff's Motion for Attachment having been presented to the Court, it is hereby Ordered, that a hearing be held on 4-8-05 at 11:00 a.m./~~p.m~~ and that the Plaintiff give notice to the Defendants of the pendency of the Motion and of the time when it will be heard by causing a true and attested copy of the Motion, all supporting papers and this Order, to be served upon the Defendants by some proper officer or indifferent person on or before 3-29-05, and that due return of service be made to this Court.

Date: 3/17/05

United States ~~District Court~~ Judge
MAGISTRATE

RECEIVED
FEB 24 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

Attest to True Copy
DAVID A. DIMARZIO
By Deputy Clerk



HARTFORD 109849v1

On 3-25-05 Service was made to David Iascone, personally.

3/28/05

Disinterested Party

FILED
2005 APR -1 A 10:33
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WASHINGTON INTERNATIONAL INSURANCE COMPANY<br>Plaintiff, | : | CIVIL DOCKET NO.<br>[redacted] 05 088 T |
| VS. | : | |
| DICON CORPORATION, INC., DAVID IASCONE and CINDY IASCONE<br>Defendants. | : | FEBRUARY __, 2005 |

**ORDER TO SHOW CAUSE FOR ATTACHMENT**

The Plaintiff's Motion for Attachment having been presented to the Court, it is hereby Ordered, that a hearing be held on 4-8-05 at 11:00 a.m./~~p.m~~ and that the Plaintiff give notice to the Defendants of the pendency of the Motion and of the time when it will be heard by causing a true and attested copy of the Motion, all supporting papers and this Order, to be served upon the Defendants by some proper officer or indifferent person on or before 3-29-05, and that due return of service be made to this Court.

Date: 3/17/05

United States ~~District Court~~ Judge
MAGISTRATE

RECEIVED
FEB 24 2005
DISTRICT COURT
RHODE ISLAND

Attest to
True Copy
DAVID A. DIMARZIO
By Deputy Clerk



5/4

HARTFORD 109849v1

On 3-25-05 Service was made to David Iascone personally.

3/25/05

Disinterested Party

FILED
2005 APR -1 A 10:33
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND