UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CA05-88T** **DATE: April 8, 2005**

**TITLE:** **Washington International Insurance Co. v. Dicon Corp, Inc., et al.**

**U.S. MAGISTRATE JUDGE LINCOLN D. ALMOND**

**COURTROOM CLERK: Jeannine Theall**

**COURT REPORTER: Taped**

**IN COURT:**

---

**COUNSEL PRESENT:** [illegible], Esq.

**PROCEEDINGS:**

Motion to Show Cause for Attachment
Bankruptcy filed by individuals David & Candy Iascone
Proceeding only on Dicon Corp.

**RULING:**

**Motion Granted as to Dicon**
**Order to follow by counsel**