UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WASHINGTON INTERNATIONAL INSURANCE COMPANY<br>Plaintiff, | : | CIVIL DOCKET NO.<br>CA 05 088 |
| VS. | : | |
| DICON CORPORATION, INC.,<br>DAVID IASCONE and<br>CINDY IASCONE<br>Defendants. | : | APRIL 5, 2005 |

**MOTION FOR ENTRY OF APPEARANCE**
**PRO HAC VICE**

The Plaintiff, Washington International Insurance Company ("Washington International" or the "Surety"), hereby moves that Peter E. Strniste, Jr. be admitted pro hac vice in the above case as associate trial counsel with local associate counsel identified below, on the following grounds:

1. The case involves the following complex area of the law, in which pro hac vice counsel specializes: Construction and Suretyship law.

2. Pro hac vice counsel's long standing representation of the client: North American Specialty Insurance Company and Washington International Insurance Company.



7

PLAINTIFF,
WASHINGTON INTERNATIONAL
INSURANCE COMPANY

By____________________________

James A. Bigos, Esq. #2958
Bigos & Partington
1725 Mendon Road, Suite 209
Cumberland, RI 02864
Tel: (401) 334-4354

*OF COUNSEL*

By____________________________

Peter E. Strniste, Jr., Esq.
BROWN RAYSMAN MILLSTEIN
FELDER & STEINER LLP
185 Asylum Street
Hartford, CT 06103
860-275-6457

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WASHINGTON INTERNATIONAL INSURANCE COMPANY<br>Plaintiff, | : | CIVIL DOCKET NO.<br>CA 05 088 |
| VS. | : | |
| DICON CORPORATION, INC., DAVID IASCONE and CINDY IASCONE<br>Defendants. | : | APRIL 5, 2005 |

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

1. I certify that I am a member in good standing of the bar of the State of Connecticut and the following federal district court bars District of Connecticut, without any restriction on my eligibility to practice, and that I understand my obligation to notify this Court immediately of any change respecting my status in this respect.

2. I am currently admitted, and/or within the preceding 24 months have applied to be admitted, in the following cases in this district: North American Specialty Insurance Company v. C. Pezza & Sons, Inc., Docket No. CA 03 118, before the United States District Court for the District of Rhode Island.

3. I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

4. For purposes of this case I have associated with local counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in Local Rule 5, recognizing that failure to do so might result in being disqualified, either upon the Court's motion or motion of other parties in the case.

---

I certify that I have read and join in the foregoing motion, and acknowledge and agree to observe the requirements of Local Rule 5 in its entirety and as it related to the participation and responsibilities of local associate counsel.

Peter E. Strniste, Jr., Esq.
Name

Brown Raysman Millstein Felder & Steiner LLP
Firm Name

185 Asylum Street
Hartford, CT 06103
Tel. 860-275-6457
Fax 860-275-6410

James A. Bigos, Esq.
Local Associate Counsel

# 2958
R.I. Bar ID #

Bigos & Partington
1725 Mendon Road, Suite 209
Cumberland, RI 02864
Tel. 401-334-4354

PLAINTIFF,
WASINGTON INTERNATIONAL
INSURANCE COMPANY

By______________________

James A. Bigos, Esq. #2958
Bigos & Partington
1725 Mendon Road, Suite 209
Cumberland, RI 02864
Tel: (401) 334-4354



HARTFORD 118405v1

*OF COUNSEL*

By____________________________

Peter E. Strniste, Jr., Esq.
BROWN RAYSMAN MILLSTEIN
FELDER & STEINER LLP
185 Asylum Street
Hartford, CT 06103
860-275-6457

THIS MOTION IS HEREBY ________________________.

Date: ___________________

_____________________________________
United States District Court Judge