UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WASHINGTON INTERNATIONAL INSURANCE COMPANY | : | CIVIL DOCKET NO. CA 05 088 T |
| | : | |
| DICON CORPORATION, INC., DAVID IASCONE and CINDY IASCONE Defendants. | : | APRIL 8, 2005 |

## MOTION FOR DEFAULT

Pursuant to Fed. R. Civ. P. 55(a), the Plaintiff, Washington International Insurance Company, hereby move that the Defendant, DICON CORPORATION, INC., be defaulted for failure to plead. In support hereof, the Plaintiffs represent that this matter was instituted by Complaint dated March 1, 2005, which was served upon the Defendant on March 14, 2005. To date, the Defendant has failed to respond to the Plaintiffs' Complaint. Accordingly, a default for failure to plead should be entered by the Court against the Defendant, DICON CORPORATION, INC.

PLAINTIFF,
WASHINGTON INTERNATIONAL
INSURANCE COMPANY

By____________________

James A. Bigos, Esq. #2958
Bigos & Partington
1725 Mendon Road, Suite 209
Cumberland, RI 02864
Tel: (401) 334-4354



HARTFORD 118466v1

9