UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
APR 27 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

WASHINGTON INTERNATIONAL
INSURANCE COMPANY
Plaintiff

VS. : CIVIL DOCKET NO.
: CA 05 088 T

DICON CORPORATION, INC., :
DAVID IASCONE and CINDY IASCONE :
Defendants :

**ORDER**

The above-captioned matter came forth to be heard before the Honorable Magistrate Almond on the 8th day of April, 2005 and after hearing and giving due consideration thereon, it was:

**ORDERED, ADJUDGED AND DECREED**

1. Based upon the Plaintiff's Complaint, Motion for Attachment and Affidavit in Support thereof, this Honorable Court finds as follows:

a. That the Plaintiff has established a probability of success.

b. That the Plaintiff has established a need for security.

c. That the Plaintiff has established sufficient proof of service of the Complaint and Motion for Attachment and of the Order to Show Cause for Attachment upon the Defendant, Dicon Corporation, Inc.

//

2. That the Plaintiff's Motion for Pre-Judgment Attachment is granted only as to the Defendant, Dicon Corporation, Inc. as Plaintiff's counsel has represented that he has been advised that the individual Defendants, David Iascone and Cindy Iascone, have filed a Petition in the United States Bankruptcy Court. Accordingly, this Honorable Court take no action on the Motion for Attachment against the individual Defendants, David Iascone and Cindy Iascone.

3. The Plaintiff is awarded an Attachment against all real and personal property of the Defendant, Dicon Corporation, Inc. up to the amount of One Hundred Sixty Six Thousand Four Hundred Eighteen Dollars and Nine Cents ($166,418.09) as prayed in Plaintiff's Motion.

4. A Writ of Attachment against the Defendant, Dicon Corporation, Inc., in favor of the Plaintiff shall issue.

Dated: 4/28/05

Honorable Magistrate Judge USMJ