# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

WASHINGTON INTERNATIONAL INSURANCE COMPANY

VS. **CA.** 05-088T

DICON CORPORATION, INC., DAVID IASCONE & CINDY IASCONE

## The President of the United States of America

*To the Marshal of the United States for the District of Rhode Island, or his Deputy,*

*GREETING: WE COMMAND YOU to attach the goods, chattels and real estate of*

Dicon Corporation, Inc.
(NAME)

145 Shun Pike, Johnston, RI 02919
(ADDRESS)

*and them in safe custody keep; and also to attach the personal estate of the said* ..........

..........
*(NAME)*

*in the hands or possession of* ..........
*(NAME)*

..........

*of* ..........
*(ADDRESS)*

*as the Trustee of said* ..........
*(NAME)*

*and also attach h.... stock or shares in any banking association or incorporated company to the*

*value of* $166,418.09 *dollars;*
*(AMOUNT OF PLAINTIFF'S DEMAND FOR JUDGMENT TOGETHER WITH REASONABLE ALLOWANCE FOR INTEREST AND COSTS)*

*as demanded by* Washington International Insurance Company
*(NAME)*

*of* 1200 Arlington Heights Road, Suite 400, Itasca, IL 60143
*(ADDRESS)*

*in an Action commenced by a Complaint filed with said Court on* February 24, 2005
*(DATE OF COMMENCEMENT OF THE ACTION)*

*at our U.S. District Court at Providence within and for the District of Rhode Island, and make due return of this Writ with your doings thereon.*

***You are commanded to serve said party with a copy of this Writ of Attachment and of the return of service thereof (when summons and complaint are served upon said Defendant in an action in connection with which said attachment is made).*** *

*WITNESS, the Hon.* **ERNEST C. TORRES** *Judge of said Court, at Providence,*
*this* 13th *day of* May*, A.D.* 2005

Francis P. McCabe
Clerk

* *MATTER IN BRACKETS NOT APPLICABLE WHEN THIS IS A SUBSEQUENT ATTACHMENT.*

12