UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
APR 08 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WASHINGTON INTERNATIONAL INSURANCE COMPANY Plaintiff, | : | CIVIL DOCKET NO. CA 05 088 T |
| VS. | : | |
| DICON CORPORATION, INC., DAVID IASCONE and CINDY IASCONE Defendants. | : | APRIL 6, 2005 |

**MOTION FOR DEFAULT**

Pursuant to Fed. R. Civ. P. 55(a), the Plaintiff, Washington International Insurance Company, hereby move that the Defendants be defaulted for failure to plead. In support hereof, the Plaintiffs represent that this matter was instituted by Complaint dated March 1, 2005, which was served upon the Defendants on March 14, 2005. To date, the Defendants have failed to respond to the Plaintiffs' Complaint. Accordingly, a default for failure to plead should be entered by the Court.

PLAINTIFF,
WASHINGTON INTERNATIONAL
INSURANCE COMPANY

By_______________________
James A. Bigos, Esq. #2958
Bigos & Partington
1725 Mendon Road, Suite 209
Cumberland, RI 02864
Tel: (401) 334-4354

DEFAULT HEREBY ENTERED:
DEPUTY CLERK 5/23/05



HARTFORD 118466v1

13