**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

WASHINGTON INTERNATIONAL
INSURANCE COMPANY,
Plaintiffs

v. C.A. No. 05-88T

DICON CORPORATION, INC.,
ET AL.,
Defendants

**SHOW CAUSE ORDER**

On or before **November 1st, 2005**, the plaintiffs are hereby ordered to show cause, in writing, why this case should not be dismissed for failure to prosecute. Failure to comply will result in dismissal.

By Order,

Deputy Clerk

ENTER:

Ernest C. Torres
United States District Judge

Date: 10/4/05

FORMS/SHWCAUS2.ORD