UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF RHODE ISLAND

WASHINGTON INTERNATIONAL INSURANCE COMPANY
Plaintiffs

VS. : C.A. NO.: 05-088T

DICON CORPORATION, INC., DAVID IASCONE and CINDY IASCONE
Defendants

**PLAINTIFF'S RESPONSE TO SHOW CAUSE ORDER ISSUED OCTOBER 4, 2005**

Now comes your Plaintiff, WASHINGTON INTERNATIONAL INSURANCE COMPANY and for its response to this Honorable Court's Order to Show Cause as to why the above-captioned matter should not be dismissed for failure to prosecute, hereby respectfully submits as follows:

1. Plaintiff initiated the within action against the corporate Defendant DICON CORPORATION, INC. and the individual Indemnitors, DAVID IASCONE and CINDY IASCONE on or about March 1, 2005 and served the corporate Defendant and the two individual Defendants on or about March 14, 2005.

2. This Honorable Court issued an order to show cause for attachment on March 17, 2005 and each of the three Defendants was served a copy of the order to show cause for attachment on or about March 25, 2005. Said order to show cause for attachment scheduled a hearing on April 8, 2005.

3. On or about April 7, 2005 the individual Defendants, DAVID IASCONE and CINDY IASCONE filed a Chapter 7 Bankruptcy Petition in the United States Bankruptcy Court for the District of Rhode Island. A copy of the Notice of Chapter 7 Bankruptcy case and Amended Notice of Chapter 7 Bankruptcy case are attached hereto as Exhibits A and B.

4. On April 8, 2005 a hearing was conducted before the Honorable Magistrate Almond at which hearing Plaintiff's counsel advised this Honorable Court of the Chapter 7 Bankruptcy Petition filed on behalf of the individual Defendants and proceeded on the motion for attachment against the corporate Defendant. This Honorable Court, the Honorable Magistrate Almond presiding, granted the Plaintiff's motion for attachment against the corporate Defendant, DICON CORPORATION, INC.

5. On or about April 13, 2005 your Plaintiff filed a Motion for Default against the Defendant DICON CORPORATION, INC. and said Motion was granted on or about May 23, 2005.

6. Your Plaintiff has therefore obtained a default against the corporate Defendant DICON CORPORATION, INC. but cannot take any action at the present time against the individual Defendants DAVID IASCONE and CINDY IASCONE in light of the automatic stay issued as a result of the Chapter 7 Bankruptcy Petition.

7. There are issues that are being contested in the Bankruptcy case pending in the United States Bankruptcy Court and the individual Defendants have not, as of yet, been granted a discharge from the United States Bankruptcy Court.

Respectfully submitted,
WASHINGTON INTERNATIONAL
INSURANCE COMPANY,
By and through its attorney

James A. Bigos, Esq. #2958
Bigos & Partington, Ltd.
2176 Mendon Road, Suite 2000
Cumberland, RI 02864
Ph: (401) 334-4354
Fax: (401) 334-4818

**CERTIFICATION**

I hereby certify that I mailed a copy of the within document to Peter E. Strniste, Jr., Esquire, Brown Raysman, Millstein, Felder & Steiner, LLP, City Place II, 185 Asylum Street, Hartford, CT 06103 on the 6 day of October, 2005.

Ann Jaffy