UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WASHINGTON INTERNATIONAL INSURANCE COMPANY<br>Plaintiffs | : | |
| VS. | : | C.A. NO.: 05-088T |
| DICON CORPORATION, INC., DAVID IASCONE and CINDY IASCONE<br>Defendants | : | |

**SUGGESTION OF BANKRUPTCY ON THE RECORD**

Now comes your Plaintiff, WASHINGTON INTERNATIONAL INSURANCE COMPANY, and hereby suggests on the record in the above-captioned matter that the personal defendants, DAVID IASCONE and CINDY IASCONE, have filed Chapter 7 Bankruptcy Petitions in the United States Bankruptcy Court for the District of Rhode Island as evidenced by copies of the Notices of Chapter 7 Bankruptcy Case for each individual defendant as attached hereto.

Respectfully submitted,
WASHINGTON INTERNATIONAL
INSURANCE COMPANY,
By and through its attorney,

James A. Bigos, Esq. #2958
Bigos & Partington, Ltd.
2176 Mendon Road, Suite 2000
Cumberland, RI 02864-3805
Tel: (401) 334-4354
Fax: (401) 334-4818

**CERTIFICATION**

I hereby certify that a true copy of the within was mailed to Peter E. Strniste, Jr., Esq., Brown Raysman, Millstein, Felder & Steiner, LLP, City Place II, 185 Asylum Street, Hartford, CT 06103 on this 31 day of October, 2005.

EX. A

FORM B9A (Chapter 7 Individual or Joint Debtor No Asset Case) (9/97) Case Number **1:05-bk-11165**

# UNITED STATES BANKRUPTCY COURT
## District of Rhode Island

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 4/7/05.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations.

Debtor(s) (name(s) and address):

| | |
|---|---|
| David F. Iascone<br>220 Cherry Hill Rd.<br>Johnston, RI 02919 | Cindy A. Iascone<br>220 Cherry Hill Rd.<br>Johnston, RI 02919 |
| Case Number:<br>[redacted] | Social Security/Taxpayer ID Nos.:<br>[redacted] |
| Attorney for Debtor(s) (name and address):<br>James E. Kelleher<br>Revens Revens & St. Pierre<br>946 Centerville Road<br>Warwick, RI 02886<br>Telephone number: (401) 822-2900 | Bankruptcy Trustee (name and address):<br>Stacy B. Ferrara<br>505 Tiogue Avenue<br>Suite B<br>Coventry, RI 02816<br>Telephone number: (401) 823-7991 |

## Meeting of Creditors:

Date: **May 9, 2005** Time: **02:00 PM**

Location: **10 Dorrance Street, Room 915, , Providence, RI 02903**

## Deadlines:

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts: 7/8/05**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:

The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>The Federal Center<br>380 Westminster Street<br>6th Floor<br>Providence, RI 02903<br>Telephone number: (401) 528-4477<br>www.rib.uscourts.gov | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>[signature]<br>Susan M. Thurston |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: 4/7/05 |

020386

EX. B

FORM B9AA (Chapter 7 Individual or Joint Debtor No Asset Case) (9/97) Case Number **1:05-bk-11165**

# UNITED STATES BANKRUPTCY COURT
## District of Rhode Island

## *Amended* Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 4/7/05.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations.

Debtor(s) (name(s) and address):

David F. Iascone
220 Cherry Hill Rd.
Johnston, RI 02919

Cindy A. Iascone
220 Cherry Hill Rd.
Johnston, RI 02919

| Case Number: | Social Security/Taxpayer ID Nos.: |
|---|---|
| [redacted] | [redacted] |

| Attorney for Debtor(s) (name and address): | Bankruptcy Trustee (name and address): |
|---|---|
| James E. Kelleher<br>Revens Revens & St. Pierre<br>946 Centerville Road<br>Warwick, RI 02886<br>Telephone number: (401) 822-2900 | Stephen A. Izzi<br>Holland & Knight<br>One Financial Plaza<br>Providence, RI 02903<br>Telephone number: (401) 751-8500 |

## Reason For Amendment

New Trustee has been appointed.

## Meeting of Creditors:

Date: **May 11, 2005** Time: **01:30 PM**

Location: **10 Dorrance Street, Room 915, , Providence, RI 02903**

## Deadlines:

Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts: 7/8/05**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

## Creditors May Not Take Certain Actions:

The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

## Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

| **Address of the Bankruptcy Clerk's Office:** | **For the Court:** |
|---|---|
| The Federal Center<br>380 Westminster Street<br>6th Floor<br>Providence, RI 02903<br>Telephone number: (401) 528-4477<br>http://www.rib.uscourts.gov | Clerk of the Bankruptcy Court:<br>Susan M. Thurston |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: 4/14/05 |